IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01101-MSK-PAC

CATHLEEN KITTRELL,

       Plaintiff,

v.

KEMPER NATIONAL SERVICES, INC.,
BELLSOUTH PENSION PLAN,
MARIBEL AMOR,
ALL INDIVIDUALS WHO WERE MEMBERS OF THE BELLSOUTH ADMINISTRATIVE TEAM ON FEBRUARY 10, 2005,
DIRECTOR-BENEFITS DELIVER, and
BELLSOUTH CORPORATION,

       Defendants.
_____

## ORDER TO CLOSE CASE
_____

THIS MATTER having come before the Court, *sua sponte,* and the record revealing that the matter has been concluded,

IT IS ORDERED that the Clerk shall close the case.

Dated this 16th day of November, 2005.

       **BY THE COURT:**

       */s/ Marcia S. Krieger*
       _____
       Marcia S. Krieger
       United States District Judge